Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17–13928–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roberto B. Marques Sr.
342 Superior Rd.
Egg Harbor Township, NJ 08234

Social Security No.:
xxx–xx–4198

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:        June 6, 2017        10:00 AM

at: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

The amount of the unpaid filing fee is:

Amount of Fee Due: $76.66 – FINAL Installment Payment of $76.66 Was Due by 5/17/2017.

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: May 19, 2017
JAN: def

Jeanne Naughton
Clerk