Form 182 – ntchrgpay

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−13928−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Roberto B. Marques Sr.
    342 Superior Rd.
    Egg Harbor Township, NJ 08234
Social Security No.:
    xxx−xx−4198
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:          June 6, 2017          10:00 AM

at: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ
08101−2067

The amount of the unpaid filing fee is:

Amount of Fee Due: $76.66 – FINAL Installment Payment of $76.66 Was Due by 5/17/2017.

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the
hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or
electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: May 19, 2017
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                                   Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 1          Date Rcvd: May 19, 2017
                           Form ID: 182           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db              +Roberto B. Marques, Sr.,    342 Superior Rd.,   Egg Harbor Township, NJ 08234-4937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
             of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
             Series 2006-NC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
             of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
             Series 2006-NC1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com,
             greenblattlawfirm@gmail.com
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 5