| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Rhonda E. Greenblatt, Esquire<br>Central Park East<br>222 New Road, Suite 302<br>Linwood, NJ 08221<br>(609) 927-9227 (Phone)<br>(609) 927-9233 (Fax) |
| In Re:<br><br>Roberto B. Marques, Sr. |

Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        ____17-13928____

Chapter:        __13_____

Judge:          ___Altenburg, Jr.

**ORDER DIRECTING
REDACTION OF PERSONAL
INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: January 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by Rhonda E. Greenblatt, Esquire_, and regarding _Exhibits _A, B and C of the Certification in Support of the Motion Objecting to the Proof of Claim submitted by Silvia DeBenedetto_, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.