**RHONDA GREENBLATT, ESQUIRE**
**ATTORNEY AT LAW**
**ATTORNEY ID NO.**
**Central Park East**
**222 New Road, Suite 302**
**Linwood NJ 08221**
**(609)927-9227**
**ATTORNEY FOR THE DEBTOR**

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in compliance with D.N.J.
LBR 9004-1(b)

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

CASE NO.:   17-13928

CHAPTER: 13

In Re:
Roberto B. Marquis, Sr.

HEARING DATE:

JUDGE: Altenburg, Jr.

## ORDER Resolving Debtor's Objection to Domestic Support Obligation ("DSO") Proof of Claim

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED.**

DATED: January 30, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the Debtor's Motion Objecting to the DSO Proof of claim filed by Silvania DeBenedetto, and any related responses or objections, and good cause appearing therefore, it is hereby

ORDERED that the proof of claim filed by Ms. DeBenedetto for the Domestic Support Obligation is hereby expunged.

IT IS FURTHER ORDERED THAT the employer shall deduct from the earnings or income of said debtor the following sums each week, effective December 19, 2017, and shall deduct the same amount for each week thereafter, and to forthwith remit the sum so deducted to the Child Support Enforcement Division of the Atlantic County Probation Department, Superior Court of New Jersey, PO Box 5129, Atlantic City, NJ 08401.

**Debtor's Employer and Address:**

Firestone Complete Auto Care
1141 Tilton Road
Northfield, NJ 08225-1299

**Child Support Enforcement Division (and address) to Whom Payments Must be Forwarded:**

Child Support Enforcement Division
Atlantic County Probation Department
Superior Court of New Jersey
PO Box 5129
Atlantic City, NJ 08401

**Amount to be Deducted and Paid per Week:** $100.00 per week

IT IS FURTHER ORDERED THAT said payments shall continue until the arrears, in the amount of $15,529.42 have been paid.

_____