**RHONDA GREENBLATT, ESQUIRE**
**ATTORNEY AT LAW**
**ATTORNEY ID NO.**
**Central Park East**
**222 New Road, Suite 302**
**Linwood NJ 08221**
**(609)927-9227**
**ATTORNEY FOR THE DEBTOR**

Order Filed on January 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Caption in compliance with D.N.J.
LBR 9004-1(b)

In Re:
Roberto B. Marquis, Sr.

**UNITED STATES BANKRUPTCY**
**COURT DISTRICT OF NEW JERSEY**

CASE NO.: 17-13928

CHAPTER: 13

HEARING DATE:

JUDGE: Altenburg, Jr.

**ORDER Resolving Debtor's Objection to Domestic Support Obligation ("DSO") Proof of Claim**

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED.**

DATED: January 30, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the Debtor's Motion Objecting to the DSO Proof of claim filed by Silvania DeBenedetto, and any related responses or objections, and good cause appearing therefore, it is hereby

ORDERED that the proof of claim filed by Ms. DeBenedetto for the Domestic Support Obligation is hereby expunged.

IT IS FURTHER ORDERED THAT the employer shall deduct from the earnings or income of said debtor the following sums each week, effective December 19, 2017, and shall deduct the same amount for each week thereafter, and to forthwith remit the sum so deducted to the Child Support Enforcement Division of the Atlantic County Probation Department, Superior Court of New Jersey, PO Box 5129, Atlantic City, NJ 08401.

**Debtor's Employer and Address:**

Firestone Complete Auto Care
1141 Tilton Road
Northfield, NJ 08225-1299

**Child Support Enforcement Division (and address) to Whom Payments Must be Forwarded:**

Child Support Enforcement Division
Atlantic County Probation Department
Superior Court of New Jersey
PO Box 5129
Atlantic City, NJ 08401

**Amount to be Deducted and Paid per Week:** $100.00 per week

IT IS FURTHER ORDERED THAT said payments shall continue until the arrears, in the amount of $15,529.42 have been paid.

_____

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jan 30, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db             +Roberto B. Marques, Sr.,    342 Superior Rd.,    Egg Harbor Township, NJ 08234-4937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com,
               greenblattlawfirm@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5