UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-2(c)**
Rebecca A. Solarz, Esquire,
 KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
(215)627-1322
rsolarz@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1

In Re:
    Roberto B. Marques Sr.

**Order Filed on March 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-13928 ABA

Adv. No.:

Hearing Date: 2/28/18 @ 9AM

Judge: Altenburg Jr., Andrew B.

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Roberto B. Marques Sr.
Case No:  17-13928 ABA
Caption of Order:  **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1, holder of a mortgage on real property located at 342 Superior road, Egg Harbor, NJ 08234, Rebecca A. Solarz appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Rhonda E. Greenblatt, Esquire, attorney for Debtor, Roberto B. Marques, Sr., and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall obtain a loan modification within three months of the date of this order, or as may be extended by modified plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments in the amount of $2,590.92 (subject to change per the terms of the note and mortgage) in accordance with the terms of the note and mortgage to Select Portfolio Servicing, Inc., Attn:  Remittance Processing, PO Box 65450, Salt Lake City, UT 84165-050, while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if loss mitigation is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, selling the property, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's claim while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.