Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–13928–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roberto B. Marques Sr.
342 Superior Rd.
Egg Harbor Township, NJ 08234

Social Security No.:
xxx–xx–4198

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 1, 2018.

On September 20, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: October 24, 2018
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 21, 2018
JAN: def

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                         Chapter 13
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 2      Date Rcvd: Sep 21, 2018
                               Form ID: 185                Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
db             +Roberto B. Marques, Sr.,    342 Superior Rd.,    Egg Harbor Township, NJ 08234-4937
aty             KLM Law Group,    216 Haddon Avenue,    Westmont, NJ 08108
cr             +Department of Human Services of New Jersey,    Quakerbridge Plaza, Building 6,   P.O. Box 716,
                 Trenton, NJ 08625-0716,    U.S.A. 08625-0716
lm              U.S. National Bank Association,    c/o KLM Law Group,    216 Haddon Avenue,    Westmont, NJ 08108
516674340      +Atlantic County Child Support,    1333 Atlantic Avenue, 2nd Floor,
                 Atlantic City, NJ 08401-7212
516674341      +Bank of America,    655 Papermill Rd.,    Wilmington, DE 19884-1510
516847003      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516674383       Bridgestone Americas Holding, Inc.,    1200 Firestone Pkwy,    Akron, OH 44317-0001
516674345      +Capital One Providia,    c/o Nudelman Klemm & Golub,    425 Eagle Rock Ave, Suite 403,
                 Roseland, NJ 07068-1717
516674348       Citi Cards,    PO Box 90011037,    Louisville, KY 40290-1037
516674347       Citi Cards,    P.O. Box 6251,    Sioux Falls SD 57117
516674349      +Collections and Recoveries Plea,    201 Tilton Rd.,    Northfield, NJ 08225-1247
516674350      +Colorado Capital,    PO Box 756,    Hurst, TX 76053-0756
516674351      +Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
516899655      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516674356      +Drs. Ely & Harris,    c/o Richard Carlucci, Esq.,    Griffith & Carlucci,
                 801 Asbury Ave, Ste. 200,    Ocean City, NJ 08226-3625
516674357       Esurance,    Customer Service,    PO Box 52502,    Sioux Falls;   SD 57117-5250
516674359      +FCC National Bank,    c/o Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516674358      +Fajemirokun,    c/o Kathryn McClure, Esq.,    Deutsch Atkins PC,    25 Main St. Ste. 104,
                 Hackensack, NJ 07601-7032
516674362      +John R. Lindsay, Esq.,    PO Box 8142,    Turnersville, NJ 08012-8142
516674363      +Joseph Allegretto,    Superior Court Officer,    PO Box 353,    Absecon, NJ 08201-0353
516674364      +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674366      +Meadow Lake Homeowners Association,    c/o Norman Briggs, Esq.,    Briggs Law Offices, LLC,
                 110 Roosevelt Blvd., 2nd Floor, Suite 20,    Marmora, NJ 08223-1446
516674367      +Natalie E. Wentz, Esq.,    38 Haddon Ave, Ste. 100,    Haddonfield NJ 08033-2422
516674368      +Payroll Supervisor Bridgestone Firestone,    535 Marriot Drive,    Nashville, TN 37214-5092
516811945      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516674369      +Pinnacle LLC/Resurge,    PO Box 640,    Hopkins, MN 55343-0640
516674370       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674374      +Progressive Insurance,    300 N. Commons Blvd.,    Cleveland, OH 44143-1589
516674375      +Retail Recovery Service NJIN,    c/o Raymond Meisenbacher Jr.,    Raymond Meisenbacher and Sons,
                 739 E. Main Street,    Bridgewater, NJ 08807-3339
516674376       Sears Roebuck & Company,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516783907      +Shore Medical Center,    Collections & Recoveries,    PO Box 35,    Northfield, NJ 08225-0035
516722168      +Silvania DeBenedetto,    201 Manchester Avenue,    Lanoka Harbor, NJ 08734-1709
516674377      +Specialized Loan Servicing LLC,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
516922802       U.S. Bank N.A., as trustee, on behalf of the holde,    Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
516674380       U.S. Bank National Association,    c/o KLM Law Group Sentry Office Plaza,   216 Haddon Avenue,
                 Westmont, NJ 08108
516674381      +US Bank National Association,    425 Walnut Street,    Cincinnati, OH 45202-3989

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2018 23:24:47     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2018 23:24:41     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516674339      +E-mail/Text: g17768@att.com Sep 21 2018 23:23:47     AT&T,   c/o Bankruptcy,
                 4331 Communications Dr.,    Floor 4W,    Dallas, TX 75211-1300
516700733       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2018 23:31:00
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK 73124-8848
516773570       E-mail/Text: bankruptcy@pepcoholdings.com Sep 21 2018 23:24:15
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516674346      +E-mail/Text: csd1clientservices@cboflanc.com Sep 21 2018 23:25:30     CB Lancaster,
                 218 West Orange Street,    Lancaster, PA 17603-3746
516674342      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 23:29:51
                 Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674352      +E-mail/Text: bankruptcy@credencerm.com Sep 21 2018 23:25:44     Credence Resource MA,
                 17000 Dallas Pkwy, Ste. 20,    Dallas, TX 75248-1940
516674353      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 21 2018 23:25:56
                 Credit Control Services, Inc.,    725 Canton Street,    Norwood, MA 02062-2679
516674355       E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2018 23:30:26     Credit One Bank,
                 PO Box 98873,    Las Vega, NV 89193-8873
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Sep 21, 2018
                              Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516674354      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2018 23:29:58    Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
516692681      +E-mail/Text: cio.bncmail@irs.gov Sep 21 2018 23:24:03    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516918883       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 23:30:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516674378      +E-mail/Text: bankruptcy@sw-credit.com Sep 21 2018 23:24:48    Southwest Credit Systems,
                 2629 Dickerson Pkway.,    Carrollton, TX 75007-4458
516674382       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 21 2018 23:22:29
                 Verizon Wireless,    P.O.   Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785848        Meadowlake HOA, t/a Fountain Lakes HOA, Inc.
516674343*     +Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674344*     +Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674361*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  International Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114)
516674360*     +International Revenue,    PO Box 21126,    Philadelphia, PA 19114-0326
516674365*     +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674372*      Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674373*      Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674371*      Pressler and Pressler,    7 Entin Rd,    Parsippany,-NJ 07054-5020
516674338     ##+Arthur Nudelman, Esq.,    Nudelman, Klemm & Golub,    425 Eagle Rock Avenue, Suite 403,
                 Roseland, NJ 07068-1787
516674379     ##+Transworld Systems, Inc.,    2235 Mercury Way, Ste. 275,    Santa Rosa, CA 95407-5463
                                                                                       TOTALS: 1, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 rsolarz@kmllawgroup.com
              Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com,
               greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```