**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| Valuation of Security | Assumption of Executory Contract or Unexpired Lease | Lien Avoidance |
|---|---|---|
| 9 | 0 | 2 |

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

In Re:    Case No.: 17-13928-ABA    Judge: Altenburg, Jr.

Roberto B. Marques    Debtor(s)

### Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  Date: Sept 20, 2018  ☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES  ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.  ☒ DOES  ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH

MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES  ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: REG    Initial Debtor: RBM    Initial Co-Debtor: ___

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay **$1,583.42** per month to the Chapter 13 Trustee, starting on October 1, 2018 for approximately **42** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒ Future earnings

    ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

    ☐ Sale of real property
Description:
        Proposed date for completion: _____

    ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☒ Loan modification with respect to mortgage encumbering property:
    Description:
    Proposed date for completion: 120 days (Including a three-month trial payment period)

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

a. Adequate protection payments will be made in the amount of $ N/A to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ N/A to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| Rhonda E. Greenblatt, Esq. | ADMINISTRATIVE | Supplemental fees and costs as approved by the Court. |
| DOMESTIC SUPPORT OBLIGATION | | None |
| Internal Revenue Service | Taxes - Priority Unsecured | $3,097.53 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:

   ☒ None

   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| None | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| U.S. Bank N.A. as Trustee on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC! Asset backed Pass-Through Certificates, Series 2006-NC1 | 342 Superior Road | $43,621.31 (post-petition) | 0 | $1,038.61 per month X 42 months= $ | $2,659.43 per month |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| NONE | | | | | |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

| **NONE** | | | | |
|---|---|---|---|---|
| | | | | |

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| SpecializedLoan | 342 Supe | $71,000.00 | $185,000.00 | U.S. Nat. Bank | $0.00 | NA | NA |
| MeadowlakeHOA | 342 Supe | $3,240.00 | $185,000.00 | U.S. Nat. Bank | $0.00 | NA | NA |
| CapOneB(USA) | NA | $955.94 | NA | NA | NA | NA | NA |
| CapOneB(USA) | NA | $3,702.08 | NA | NA | NA | NA | NA |
| CapOneProvid | NA | $2,102.66 | NA | NA | NA | NA | NA |
| ColoradoCap | NA | $1,176.67 | NA | NA | NA | NA | NA |
| DrsEly&Harris | NA | $2,201.05 | NA | NA | NA | NA | NA |
| Retail Recovery | NA | $2,652.52 | NA | NA | NA | NA | NA |
| Sears Roebuck | NA | $2,181.59 | NA | NA | NA | NA | NA |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

| None | | | |
|---|---|---|---|

f. **Secured Claims Unaffected by the Plan** ☒ NONE

The following secured claims are unaffected by the Plan:

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

| Credit Control Services | Disputed-duplicate claim | Claim rejected | 0 |
| Shore Memorial Hospital | Disputed-duplicate claim | Claim rejected | 0 |
| Fajeminokun | Disputed-not mine | Claim rejected | 0 |
| Credit Resources | Disputed-duplicate claim | Claim rejected | 0 |
| Southwest Credit | Disputed-duplicate claim | Claim rejected | 0 |
| Transword Systems, Inc. | Disputed-duplicate claim | Claim rejected | 0 |
| Capital One Bank Provida | Disputed-case closed | Claim rejected | 0 |

**Part 6:   Executory Contracts and Unexpired Leases ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| None | | | | |

**Part 7:   Motions ☐ NONE**

NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Spec. Loan | 342 Supe | 71,000.00 | $185,000. | $555,967.57 | 0 | $71,000.00 |
| MdlakeHOA | 342 Supe | $3,240.00 | $185,000. | $626.967.00 | 0 | $3,240.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney's fees and other allowed administrative claims
3) Secured claims
4) Lease Arrearages 5) Priority Claims 6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: September 20, 2018

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified to reflect the settlement between the Debtor and U.S. National Bank. | The payment to the trustee has increased from $544.81 per month to $1,583.42 per month, which includes a payment of $1,038.61 per month for the remaining 42 months to pay the remaining $43,621.31 post-petition deficiency. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 9/20/2018

/s/ Roberto B. Marques
Debtor

Date: _____

/s/ _____ Joint Debtor

Date: 9/20/18

/s/ Rhonda E. Greenblatt, Esq
Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 2              Date Rcvd: Sep 21, 2018
                               Form ID: pdf901              Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db         +Roberto B. Marques, Sr.,    342 Superior Rd.,    Egg Harbor Township, NJ 08234-4937
aty         KLM Law Group,    216 Haddon Avenue,    Westmont, NJ 08108
cr         +Department of Human Services of New Jersey,    Quakerbridge Plaza, Building 6,    P.O. Box 716,
              Trenton, NJ 08625-0716,    U.S.A. 08625-0716
lm          U.S. National Bank Association,    c/o KLM Law Group,    216 Haddon Avenue,    Westmont, NJ 08108
516674340  +Atlantic County Child Support,    1333 Atlantic Avenue, 2nd Floor,
              Atlantic City, NJ 08401-7212
516674341  +Bank of America,    655 Papermill Rd.,    Wilmington, DE 19884-1510
516847003  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516674383   Bridgestone Americas Holding, Inc.,    1200 Firestone Pkwy,    Akron, OH 44317-0001
516674345  +Capital One Providia,    c/o Nudelman Klemm & Golub,    425 Eagle Rock Ave, Suite 403,
              Roseland, NJ 07068-1717
516674348   Citi Cards,    PO Box 90011037,    Louisville, KY 40290-1037
516674347   Citi Cards,    P.O. Box 6251,    Sioux Falls SD 57117
516674349  +Collections and Recoveries Plea,    201 Tilton Rd.,    Northfield, NJ 08225-1247
516674350  +Colorado Capital,    PO Box 756,    Hurst, TX 76053-0756
516674351  +Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
516899655  +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516674356  +Drs. Ely & Harris,    c/o Richard Carlucci, Esq.,    Griffith & Carlucci,
              801 Asbury Ave, Ste. 200,    Ocean City, NJ 08226-3625
516674357   Esurance,    Customer Service,    PO Box 52502,    Sioux Falls;   SD  57117-5250
516674359  +FCC National Bank,    c/o Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516674358  +Fajemirokun,    c/o Kathryn McClure, Esq.,    Deutsch Atkins   PC,    25 Main St. Ste.  104,
              Hackensack, NJ 07601-7032
516674362  +John R. Lindsay, Esq.,    PO Box 8142,    Turnersville, NJ 08012-8142
516674363  +Joseph Allegretto,    Superior Court Officer,    PO Box 353,    Absecon, NJ 08201-0353
516674364  +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674366  +Meadow Lake Homeowners Association,    c/o Norman Briggs, Esq.,    Briggs Law Offices, LLC,
              110 Roosevelt Blvd., 2nd Floor, Suite 20,    Marmora, NJ 08223-1446
516674367  +Natalie E. Wentz, Esq.,    38 Haddon Ave, Ste. 100,    Haddonfield NJ 08033-2422
516674368  +Payroll Supervisor Bridgestone Firestone,    535 Marriot Drive,    Nashville, TN 37214-5092
516811945  +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
516674369  +Pinnacle LLC/Resurge,    PO Box 640,    Hopkins, MN 55343-0640
516674370   Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674374  +Progressive Insurance,    300 N. Commons Blvd.,    Cleveland, OH 44143-1589
516674375  +Retail Recovery Service NJIN,    c/o Raymond Meisenbacher Jr.,    Raymond Meisenbacher and Sons,
              739 E. Main Street,    Bridgewater, NJ 08807-3339
516674376   Sears Roebuck & Company,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516783907  +Shore Medical Center,    Collections & Recoveries,    PO Box 35,    Northfield, NJ 08225-0035
516722168  +Silvania DeBenedetto,    201 Manchester Avenue,    Lanoka Harbor, NJ 08734-1709
516674377  +Specialized Loan Servicing LLC,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
516922802   U.S. Bank N.A., as trustee, on behalf of the holde,    Select Portfolio Servicing, Inc.,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
516674380   U.S. Bank National Association,    c/o KLM Law Group Sentry Office Plaza,    216 Haddon Avenue,
              Westmont, NJ  08108
516674381  +US Bank National Association,    425 Walnut Street,    Cincinnati,   OH 45202-3989
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2018 23:24:46      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2018 23:24:41      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516674339  +E-mail/Text: g17768@att.com Sep 21 2018 23:23:47      AT&T,    c/o Bankruptcy,
              4331 Communications Dr.,    Floor 4W,    Dallas, TX 75211-1300
516700733   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2018 23:31:00
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
516773570   E-mail/Text: bankruptcy@pepcoholdings.com Sep 21 2018 23:24:15
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ  08069-3600
516674346  +E-mail/Text: csd1clientservices@cboflanc.com Sep 21 2018 23:25:30      CB Lancaster,
              218 West Orange Street,    Lancaster, PA 17603-3746
516674342  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 23:29:52
              Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674352  +E-mail/Text: bankruptcy@credencerm.com Sep 21 2018 23:25:44      Credence Resource MA,
              17000 Dallas Pkwy, Ste. 20,    Dallas, TX 75248-1940
516674353  +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 21 2018 23:25:56
              Credit Control Services, Inc.,    725 Canton Street,    Norwood, MA 02062-2679
516674355   E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2018 23:30:27      Credit One Bank,
              PO Box 98873,    Las Vega, NV 89193-8873
```

```
District/off: 0312-1                  User: admin                    Page 2 of 2                    Date Rcvd: Sep 21, 2018
                                      Form ID: pdf901                Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516674354        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2018 23:29:58      Credit One Bank,
                  PO Box 60500,    City of Industry, CA 91716-0500
516692681        +E-mail/Text: cio.bncmail@irs.gov Sep 21 2018 23:24:03      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
516918883         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 23:30:02
                  LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516674378        +E-mail/Text: bankruptcy@sw-credit.com Sep 21 2018 23:24:48      Southwest Credit Systems,
                  2629 Dickerson Pkway.,    Carrollton, TX 75007-4458
516674382         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 21 2018 23:22:29
                  Verizon Wireless,    P.O.  Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785848         Meadowlake HOA, t/a Fountain Lakes HOA, Inc.
516674343*       +Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674344*       +Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674361*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   International Revenue Service,    PO Box 21126,
                  Philadelphia, PA 19114)
516674360*       +International Revenue,    PO Box 21126,    Philadelphia, PA 19114-0326
516674365*       +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674372*        Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674373*        Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674371*        Pressler and Pressler,    7 Entin Rd,    Parsippany,-NJ 07054-5020
516674338       ##+Arthur Nudelman, Esq.,    Nudelman, Klemm & Golub,    425 Eagle Rock Avenue, Suite 403,
                  Roseland, NJ 07068-1787
516674379       ##+Transworld Systems, Inc.,    2235 Mercury Way, Ste. 275,    Santa Rosa, CA 95407-5463
                                                                                               TOTALS: 1, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
               Series 2006-NC1 rsolarz@kmllawgroup.com
              Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com,
               greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```