UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Rhonda E. Greenblatt, Esq.**
**222 New Road, Ste, 302**
**Linwood, NJ 08221**
**(609) 927-9227 (Phone)**
**(609) 927-9233 (Fax)**
**Attorney for the Debtor**

**Order Filed on January 7, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re: Roberto B. Marques, Sr.,

Debtor

Case No.:     17-13928

Chapter:          13

Judge:     Altenburg, Jr.

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that   Rhonda E. Greenblatt, Esq., the applicant, is allowed a fee of $ 900.00 for services rendered and expenses in the amount of $0.00 for a total of $900.00 .  The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $571.00 per month  per month for the next thirty-eight (38)  months to allow for payment of the above fee.