Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–13928–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roberto B. Marques Sr.
342 Superior Rd.
Egg Harbor Township, NJ 08234

Social Security No.:
xxx–xx–4198

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         July 19, 2019
Time:         09:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*102* – CERTIFICATION in Opposition to Certification of Default filed by Chapter 13 Standing Trustee (related document:101 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/19/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Rhonda E. Greenblatt on behalf of Roberto B. Marques Sr.. (Attachments: # 1 Certificate of Service) (Greenblatt, Rhonda) Modified on 6/13/2019 TO CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.

Dated: June 13, 2019
JAN: eag

Jeanne Naughton
Clerk