Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  17−13928−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto B. Marques Sr.
   342 Superior Rd.
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−4198

Employer's Tax I.D. No.:

_____

### NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            July 19, 2019
Time:            09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*102* − CERTIFICATION in Opposition to Certification of Default filed by Chapter 13 Standing Trustee (related document:101 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/19/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Rhonda E. Greenblatt on behalf of Roberto B. Marques Sr.. (Attachments: # 1 Certificate of Service) (Greenblatt, Rhonda) Modified on 6/13/2019 TO CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.

Dated: June 13, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1          Date Rcvd: Jun 13, 2019
                               Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db           +Roberto B. Marques, Sr.,   342 Superior Rd.,   Egg Harbor Township, NJ 08234-4937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
           Series 2006-NC1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
           Series 2006-NC1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through
           Certificates, Series 2006-NC1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
           Series 2006-NC1 rsolarz@kmllawgroup.com
          Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com,
           greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 8