Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 17−13928−ABA
                    Chapter: 7
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roberto B. Marques Sr.
   342 Superior Rd.
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−4198

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    8/8/19
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Rhonda E. Greenblatt, Debtor's Attorney

COMMISSION OR FEES
FEES: $2,500.00

EXPENSES
EXPENSES: $0.00

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 12, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 3              Date Rcvd: Jul 12, 2019
                                Form ID: 137             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db          +Roberto B. Marques, Sr.,    342 Superior Rd.,    Egg Harbor Township, NJ 08234-4937
aty          KLM Law Group,    216 Haddon Avenue,    Westmont, NJ  08108
cr          +Department of Human Services of New Jersey,    Quakerbridge Plaza, Building 6,    P.O. Box 716,
              Trenton, NJ  08625-0716,    U.S.A. 08625-0716
lm           U.S. National Bank Association,    c/o KLM Law Group,    216 Haddon Avenue,    Westmont, NJ  08108
516674340   +Atlantic County Child Support,    1333 Atlantic Avenue, 2nd Floor,
              Atlantic City, NJ 08401-7212
516674341   +Bank of America,    655 Papermill Rd.,    Wilmington, DE 19884-1510
516847003   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516674383    Bridgestone Americas Holding, Inc.,    1200 Firestone Pkwy,    Akron, OH 44317-0001
516674345   +Capital One Providia,    c/o Nudelman Klemm & Golub,    425 Eagle Rock Ave, Suite 403,
              Roseland, NJ 07068-1717
516674347    Citi Cards,    P.O. Box 6251,    Sioux Falls SD 57117
516674348    Citi Cards,    PO Box 90011037,    Louisville, KY 40290-1037
516674349   +Collections and Recoveries Plea,    201 Tilton Rd.,    Northfield, NJ 08225-1247
516674350   +Colorado Capital,    PO Box 756,    Hurst, TX 76053-0756
516674352   +Credence Resource MA,    17000 Dallas Pkwy, Ste. 20,    Dallas, TX 75248-1938
516899655   +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516674356   +Drs. Ely & Harris,    c/o Richard Carlucci, Esq.,    Griffith & Carlucci,
              801 Asbury Ave, Ste. 200,    Ocean City, NJ 08226-3625
516674357    Esurance,    Customer Service,    PO Box 52502,    Sioux Falls;    SD  57117-5250
516674359   +FCC National Bank,    c/o Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
516674358   +Fajemirokun,    c/o Kathryn McClure,    Esq.,    Deutsch Atkins    PC,    25 Main St. Ste.    104,
              Hackensack, NJ 07601-7032
516674362   +John R. Lindsay, Esq.,    PO Box 8142,    Turnersville, NJ 08012-8142
516674363   +Joseph Allegretto,    Superior Court Officer,    PO Box 353,    Absecon, NJ 08201-0353
516674364   +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674366   +Meadow Lake Homeowners Association,    c/o Norman Briggs, Esq.,    Briggs Law Offices, LLC,
              110 Roosevelt Blvd., 2nd Floor, Suite 20,    Marmora, NJ 08223-1446
516674367   +Natalie E. Wentz, Esq.,    38 Haddon Ave, Ste. 100,    Haddonfield NJ 08033-2422
516674368   +Payroll Supervisor Bridgestone Firestone,    535 Marriot Drive,    Nashville, TN 37214-5092
516811945   +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
516674369   +Pinnacle LLC/Resurge,    PO Box 640,    Hopkins, MN 55343-0640
516674370    Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674374   +Progressive Insurance,    300 N. Commons Blvd.,    Cleveland, OH 44143-1589
516674375   +Retail Recovery Service NJIN,    c/o Raymond Meisenbacher Jr.,    Raymond Meisenbacher and Sons,
              739 E. Main Street,    Bridgewater, NJ 08807-3339
516674376    Sears Roebuck & Company,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516783907   +Shore Medical Center,    Collections & Recoveries,    PO Box 35,    Northfield, NJ 08225-0035
516722168   +Silvania DeBenedetto,    201 Manchester Avenue,    Lanoka Harbor, NJ 08734-1709
516674377   +Specialized Loan Servicing LLC,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
516922802    U.S. Bank N.A., as trustee, on behalf of the holde,    Select Portfolio Servicing, Inc.,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
516674380    U.S. Bank National Association,    c/o KLM Law Group Sentry Office Plaza,    216 Haddon Avenue,
              Westmont, NJ  08108
516674381   +US Bank National Association,    425 Walnut Street,    Cincinnati,    OH 45202-3989
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 22:49:48     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 22:49:47     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516674339   +E-mail/Text: g17768@att.com Jul 12 2019 22:49:37     AT&T,    c/o Bankruptcy,
              4331 Communications Dr.,    Floor 4W,    Dallas, TX 75211-1300
516700733    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 12 2019 22:58:04
              American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK  73124-8848
516773570    E-mail/Text: bankruptcy@pepcoholdings.com Jul 12 2019 22:49:44
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ  08069-3600
516674346   +E-mail/Text: csd1clientservices@cboflanc.com Jul 12 2019 22:49:56     CB Lancaster,
              218 West Orange Street,    Lancaster, PA 17603-3746
516674342   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2019 22:47:01
              Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674351   +E-mail/Text: documentfiling@lciinc.com Jul 12 2019 22:49:35     Comcast,    PO Box 3001,
              Southeastern, PA 19398-3001
516674353   +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 12 2019 22:50:00
              Credit Control Services, Inc.,    725 Canton Street,    Norwood, MA 02062-2679
```

```
District/off: 0312-1          User: admin              Page 2 of 3             Date Rcvd: Jul 12, 2019
                              Form ID: 137             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516674355       E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 22:47:04      Credit One Bank,
                 PO Box 98873,    Las Vega, NV 89193-8873
516674354      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 12 2019 22:47:04      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
516692681      +E-mail/Text: cio.bncmail@irs.gov Jul 12 2019 22:49:42      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516918883       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2019 22:47:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516674378      +E-mail/Text: bankruptcy@sw-credit.com Jul 12 2019 22:49:48      Southwest Credit Systems,
                 2629 Dickerson Pkway.,    Carrollton, TX 75007-4458
516674382       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 12 2019 22:49:35
                 Verizon Wireless,    P.O.  Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785848        Meadowlake HOA, t/a Fountain Lakes HOA, Inc.
516674343*      +Capital One Bank (USA), NA,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
516674344*      +Capital One Bank (USA), NA,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
516674361*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  International Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114)
516674360*      +International Revenue,    PO Box 21126,   Philadelphia, PA 19114-0326
516674365*      +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674372*       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674373*       Pressler and Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516674371*       Pressler and Pressler,    7 Entin Rd,    Parsippany,-NJ 07054-5020
516674338     ##+Arthur Nudelman, Esq.,    Nudelman, Klemm & Golub,    425 Eagle Rock Avenue, Suite 403,
                 Roseland, NJ 07068-1787
516674379     ##+Transworld Systems, Inc.,    2235 Mercury Way, Ste. 275,    Santa Rosa, CA 95407-5463
                                                                               TOTALS: 1, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
            Brian C. Nicholas    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
             of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
             Series 2006-NC1 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
             of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
             Series 2006-NC1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
             holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through
             Certificates, Series 2006-NC1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 12, 2019
                              Form ID: 137             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates, Series 2006-NC1 rsolarz@kmllawgroup.com

        Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com, greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 8