| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Roberto B. Marques Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4198 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   2/28/17 |
| Case number: | 17–13928–ABA | Date case converted to chapter: | 7   7/11/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Roberto B. Marques Sr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 342 Superior Rd.<br>Egg Harbor Township, NJ 08234 | |
| 4. | **Debtor's attorney**<br>Name and address | Rhonda E. Greenblatt<br>Law Office of Rhonda E. Greenblatt<br>222 New Rd, Ste. 302<br>Linwood, NJ 08221 | Contact phone 609–927–9227 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni<br>Subranni Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676−6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site:  www.njb.uscourts.gov. | Hours open: 8:30 AM − 4:00 p.m., Monday − Friday (except holidays)  Contact phone 856−361−2300  Date: 7/15/19 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 8, 2019 at 11:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  - if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/7/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 17-13928-ABA
     Roberto B. Marques, Sr.                                      Chapter 7
              Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Jul 15, 2019
                              Form ID: 309A               Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Roberto B. Marques, Sr.,    342 Superior Rd.,    Egg Harbor Township, NJ 08234-4937
tr             +Thomas J Subranni,   Subranni Zauber,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
516674340      +Atlantic County Child Support,    1333 Atlantic Avenue, 2nd Floor,
                 Atlantic City, NJ 08401-7212
516847003      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516674383       Bridgestone Americas Holding, Inc.,    1200 Firestone Pkwy,    Akron, OH 44317-0001
516674345      +Capital One Providia,   c/o Nudelman Klemm & Golub,    425 Eagle Rock Ave, Suite 403,
                 Roseland, NJ 07068-1717
516674347       Citi Cards,    P.O. Box 6251,   Sioux Falls SD 57117
516674348       Citi Cards,    PO Box 90011037,   Louisville, KY 40290-1037
516674349      +Collections and Recoveries Plea,    201 Tilton Rd.,    Northfield, NJ 08225-1247
516674350      +Colorado Capital,    PO Box 756,   Hurst, TX 76053-0756
516674352      +Credence Resource MA,    17000 Dallas Pkwy, Ste. 20,    Dallas, TX 75248-1938
516899655      +Deutsche Bank National Trust Co., Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516674356      +Drs. Ely & Harris,   c/o Richard Carlucci, Esq.,    Griffith & Carlucci,
                 801 Asbury Ave, Ste. 200,    Ocean City, NJ 08226-3625
516674357       Esurance,   Customer Service,    PO Box 52502,   Sioux Falls;   SD  57117-5250
516674359      +FCC National Bank,   c/o Pressler & Pressler,    7 Entin Rd.,   Parsippany, NJ 07054-5020
516674358      +Fajemirokun,   c/o Kathryn McClure,    Esq., Deutsch Atkins   PC,   25 Main St. Ste.  104,
                 Hackensack, NJ 07601-7032
516674362      +John R. Lindsay, Esq.,    PO Box 8142,   Turnersville, NJ 08012-8142
516674363      +Joseph Allegretto,   Superior Court Officer,    PO Box 353,    Absecon, NJ 08201-0353
516674364      +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,    Westmont, NJ 08108-2812
516674366      +Meadow Lake Homeowners Association,    c/o Norman Briggs, Esq.,    Briggs Law Offices, LLC,
                 110 Roosevelt Blvd., 2nd Floor, Suite 20,    Marmora, NJ 08223-1446
516674367      +Natalie E. Wentz, Esq.,    38 Haddon Ave, Ste. 100,    Haddonfield NJ 08033-2422
516674368      +Payroll Supervisor Bridgestone Firestone,    535 Marriot Drive,    Nashville, TN 37214-5092
516811945      +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516674369      +Pinnacle LLC/Resurge,    PO Box 640,   Hopkins, MN 55343-0640
516674370       Pressler and Pressler,    7 Entin Rd,   Parsippany, NJ 07054-5020
516674374      +Progressive Insurance,    300 N. Commons Blvd.,    Cleveland, OH 44143-1589
516674375      +Retail Recovery Service NJIN,    c/o Raymond Meisenbacher Jr.,    Raymond Meisenbacher and Sons,
                 739 E. Main Street,    Bridgewater, NJ 08807-3339
516674376       Sears Roebuck & Company,    c/o Pressler & Pressler,   7 Entin Rd,    Parsippany, NJ 07054-5020
516783907      +Shore Medical Center,    Collections & Recoveries,   PO Box 35,    Northfield, NJ 08225-0035
516722168      +Silvania DeBenedetto,    201 Manchester Avenue,   Lanoka Harbor, NJ 08734-1709
516674377      +Specialized Loan Servicing LLC,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
516922802       U.S. Bank N.A., as trustee, on behalf of the holde,    Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
516674380       U.S. Bank National Association,    c/o KLM Law Group Sentry Office Plaza,    216 Haddon Avenue,
                 Westmont, NJ  08108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: regrose64@yahoo.com Jul 15 2019 23:53:33     Rhonda E. Greenblatt,
                 Law Office of Rhonda E. Greenblatt,    222 New Rd, Ste. 302,    Linwood, NJ  08221
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516674339      +EDI: ATTWIREBK.COM Jul 16 2019 03:23:00      AT&T,   c/o Bankruptcy,    4331 Communications Dr.,
                 Floor 4W,   Dallas, TX 75211-1300
516700733       EDI: AIS.COM Jul 16 2019 03:23:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
516773570       E-mail/Text: bankruptcy@pepcoholdings.com Jul 15 2019 23:56:15
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516674341      +EDI: BANKAMER.COM Jul 16 2019 03:23:00      Bank of America,    655 Papermill Rd.,
                 Wilmington, DE 19884-1510
516674346      +E-mail/Text: csd1clientservices@cboflanc.com Jul 15 2019 23:57:05     CB Lancaster,
                 218 West Orange Street,    Lancaster, PA 17603-3746
516674342      +EDI: CAPITALONE.COM Jul 16 2019 03:23:00      Capital One Bank (USA), NA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
516674351      +EDI: COMCASTCBLCENT Jul 16 2019 03:23:00      Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
516674353      +EDI: CCS.COM Jul 16 2019 03:23:00      Credit Control Services, Inc.,    725 Canton Street,
                 Norwood, MA 02062-2679
516674355       EDI: RCSFNBMARIN.COM Jul 16 2019 03:23:00      Credit One Bank,    PO Box 98873,
                 Las Vega, NV 89193-8873
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jul 15, 2019
                              Form ID: 309A            Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516674354      +EDI: RCSFNBMARIN.COM Jul 16 2019 03:23:00      Credit One Bank,    PO Box 60500,
                City of Industry, CA 91716-0500
516692681      +EDI: IRS.COM Jul 16 2019 03:23:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
516918883       EDI: RESURGENT.COM Jul 16 2019 03:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516674378      +EDI: SWCR.COM Jul 16 2019 03:23:00      Southwest Credit Systems,    2629 Dickerson Pkway.,
                Carrollton, TX 75007-4458
516674381      +EDI: USBANKARS.COM Jul 16 2019 03:23:00      US Bank National Association,    425 Walnut Street,
                Cincinnati,   OH 45202-3989
516674382       EDI: VERIZONCOMB.COM Jul 16 2019 03:23:00      Verizon Wireless,   P.O.  Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 18


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785848       Meadowlake HOA, t/a Fountain Lakes HOA, Inc.
516674343*     +Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674344*     +Capital One Bank (USA), NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516674361*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  International Revenue Service,    PO Box 21126,
                Philadelphia, PA 19114)
516674360*     +International Revenue,   PO Box 21126,    Philadelphia, PA 19114-0326
516674365*     +KLM Law Group PC Sentry Office Plaza,    216 Haddon Ave, Ste. 4 06,   Westmont, NJ 08108-2812
516674372*      Pressler and Pressler,   7 Entin Rd,    Parsippany, NJ 07054-5020
516674373*      Pressler and Pressler,   7 Entin Rd,    Parsippany, NJ 07054-5020
516674371*      Pressler and Pressler,   7 Entin Rd,    Parsippany,-NJ 07054-5020
516674338    ##+Arthur Nudelman, Esq.,    Nudelman, Klemm & Golub,    425 Eagle Rock Avenue, Suite 403,
                Roseland, NJ 07068-1787
516674379    ##+Transworld Systems, Inc.,    2235 Mercury Way, Ste. 275,    Santa Rosa, CA 95407-5463
                                                                             TOTALS: 1, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```