# Office of the Chapter 13 Standing Trustee †

**Isabel C. Balboa, Chapter 13 Standing Trustee†**

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Lu'Shell K. Alexander*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

July 22, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:     Michael A. Tripician
      Case No:            16-23827   ABA
      Hearing Date:       N/A

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on July 11, 2019 for the above-captioned matter. Debtor(s)' case was voluntarily converted to a Chapter 7 per Order dated July 12, 2019. The last payment was received and posted on March 22, 2019, in which the Trustee disbursed remaining funds on hand to creditor(s) on or around May 9, 2019. Therefore, the Trustee has no further funds on hand to disburse on this motion/application.

    As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANTING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Rhonda E. Greenblatt, Esquire   (Debtor(s) Attorney)   (Via Electronic Case Filing/ECF)
     Roberto B. Marques, Sr.  (Debtor)   (Via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978