# *Office of the Chapter 13 Standing Trustee*

### *Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel                                                                                          Kelleen E. Stanley*
Raymond H. Shockley, Jr. Staff Attorney                                                              Jennie P. Archer*
Jennifer R. Gorchow, Staff Attorney                                                                  Lu'Shell K. Alexander*
                                                                                                            *Certified Bankruptcy Assistant
                                                                                                    †Fellow, American College of Bankruptcy

July 23, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
       Debtor(s) Name:          Roberto B. Marques, Sr.
       Case No:                 17-13928   ABA
       Hearing Date:            August 8, 2019 at 2:00 PM

Dear Judge Altenburg:

        Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on July 11, 2019 for the above-captioned matter.  Debtor(s)' case was voluntarily converted to a Chapter 7 per Order dated July 12, 2019.  The last payment was received and posted on March 22, 2019, in which the Trustee disbursed remaining funds on hand to creditor(s) on or around May 9, 2019.  Therefore, the Trustee has no further funds on hand to disburse on this motion/application.

        As always, the Court is welcome to contact the Trustee with any concerns.

                        Respectfully submitted,

                        ***OFFICE OF THE CHAPTER 13***
                        ***STANDING TRUSTEE***

                        */s/ Isabel C. Balboa*

                        **ISABEL C. BALBOA**
                        Chapter 13 Standing Trustee

ICB:lka

c:     Rhonda E. Greenblatt, Esquire   (Debtor(s) Attorney)    (Via Electronic Case Filing/ECF)
       Roberto B. Marques, Sr.  (Debtor)   (Via First Class Mail)

Cherry Tree Corporate Center                                                        Payments Only:
535 Route 38
Suite 580                                                                            P.O. Box 1978
Cherry Hill, NJ 08002                                                        Memphis, TN 38101-1978
(856) 663-5002