**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Roberto B. Marques Sr.** | Social Security number or ITIN   xxx–xx–4198 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   17–13928–ABA | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roberto B. Marques Sr.

<u>11/8/19</u>

**By the court:**   <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13928-ABA
Roberto B. Marques, Sr.                                                   Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin          Page 1 of 3          Date Rcvd: Nov 08, 2019
                           Form ID: 318          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db          +Roberto B. Marques, Sr.,   342 Superior Rd.,   Egg Harbor Township, NJ 08234-4937
aty          KLM Law Group,   216 Haddon Avenue,   Westmont, NJ  08108
cr          +Department of Human Services of New Jersey,   Quakerbridge Plaza, Building 6,   P.O. Box 716,
             Trenton, NJ  08625-0716,  U.S.A. 08625-0716
lm           U.S. National Bank Association,   c/o KLM Law Group,   216 Haddon Avenue,   Westmont, NJ  08108
516674340   +Atlantic County Child Support,   1333 Atlantic Avenue, 2nd Floor,
             Atlantic City, NJ 08401-7212
516847003   +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516674383    Bridgestone Americas Holding, Inc.,   1200 Firestone Pkwy,   Akron, OH 44317-0001
516674345   +Capital One Providia,   c/o Nudelman Klemm & Golub,   425 Eagle Rock Ave, Suite 403,
             Roseland, NJ 07068-1717
516674347    Citi Cards,   P.O. Box 6251,   Sioux Falls SD 57117
516674348    Citi Cards,   PO Box 9011037,   Louisville, KY 40290-1037
516674349   +Collections and Recoveries Plea,   201 Tilton Rd.,   Northfield, NJ 08225-1247
516674350   +Colorado Capital,   PO Box 756,   Hurst, TX 76053-0756
518368907   +Continental Fin. Co,   4550 New Linden Hill Rd.,   Wilmington, DE 19808-2930
516674352   +Credence Resource MA,   17000 Dallas Pkwy, Ste. 20,   Dallas, TX 75248-1938
516899655   +Deutsche Bank National Trust Co., Trustee(See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516674356   +Drs. Ely & Harris,   c/o Richard Carlucci, Esq.,   Griffith & Carlucci,
             801 Asbury Ave, Ste. 200,   Ocean City, NJ 08226-3625
516674357    Esurance,   Customer Service,   PO Box 52502,   Sioux Falls;  SD  57117-5250
516674359   +FCC National Bank,   c/o Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
516674358   +Fajemirokun,   c/o Kathryn McClure,   Esq.,   Deutsch Atkins   PC,   25 Main St. Ste.   104,
             Hackensack, NJ 07601-7032
516674362   +John R. Lindsay, Esq.,   PO Box 8142,   Turnersville, NJ 08012-8142
516674363   +Joseph Allegretto,   Superior Court Officer,   PO Box 353,   Absecon, NJ 08201-0353
516674364   +KLM Law Group PC Sentry Office Plaza,   216 Haddon Ave, Ste. 4 06,   Westmont, NJ 08108-2812
516674366   +Meadow Lake Homeowners Association,   c/o Norman Briggs, Esq.,   Briggs Law Offices, LLC,
             110 Roosevelt Blvd., 2nd Floor, Suite 20,   Marmora, NJ 08223-1446
516674367   +Natalie E. Wentz, Esq.,   38 Haddon Ave, Ste. 100,   Haddonfield NJ 08033-2422
516674368   +Payroll Supervisor Bridgestone Firestone,   535 Marriot Drive,   Nashville, TN 37214-5092
516811945   +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
             Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
516674369   +Pinnacle LLC/Resurge,   PO Box 640,   Hopkins, MN 55343-0640
516674370    Pressler and Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
516674374   +Progressive Insurance,   300 N. Commons Blvd.,   Cleveland, OH 44143-1589
516674375   +Retail Recovery Service NJIN,   c/o Raymond Meisenbacher Jr.,   Raymond Meisenbacher and Sons,
             739 E. Main Street,   Bridgewater, NJ 08807-3339
516674376    Sears Roebuck & Company,   c/o Pressler & Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
516783907   +Shore Medical Center,   Collections & Recoveries,   PO Box 35,   Northfield, NJ 08225-0035
516722168   +Silvania DeBenedetto,   201 Manchester Avenue,   Lanoka Harbor, NJ 08734-1709
516674377   +Specialized Loan Servicing LLC,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
518368910   +TBOM/ATLS/Fortiva MC,   PO Box 105555,   Atlanta, GA 30348-5555
518368911   +The Bank of MissouriT,   PO Box 85710,   Sioux Falls SD 57118-5710
516922802    U.S. Bank N.A., as trustee, on behalf of the holde,   Select Portfolio Servicing, Inc.,
             P.O. Box 65250,   Salt Lake City, UT 84165-0250
516674380    U.S. Bank National Association,   c/o KLM Law Group Sentry Office Plaza,   216 Haddon Avenue,
             Westmont, NJ  08108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:08    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:05    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516674339   +EDI: ATTWIREBK.COM Nov 09 2019 04:28:00    AT&T,   c/o Bankruptcy,   4331 Communications Dr.,
             Floor 4W,   Dallas, TX 75211-1300
516700733   +EDI: AIS.COM Nov 09 2019 04:28:00    American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
516773570    E-mail/Text: bankruptcy@pepcoholdings.com Nov 09 2019 00:04:44
             Atlantic City Electric Company,   Pepco Holdings, Inc.,
             Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
             Carneys Point, NJ  08069-3600
516674341   +EDI: BANKAMER.COM Nov 09 2019 04:33:00    Bank of America,   655 Papermill Rd.,
             Wilmington, DE 19884-1510
518368906   +EDI: PHINGENESIS Nov 09 2019 04:28:00    CB Indigo,   PO Box 4499,   Beaverton, OR 97076-4499
516674346   +E-mail/Text: csdlclientservices@cbofLanc.com Nov 09 2019 00:05:40    CB Lancaster,
             218 West Orange Street,   Lancaster, PA 17603-3746
516674342   +EDI: CAPITALONE.COM Nov 09 2019 04:28:00    Capital One Bank (USA), NA,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
516674351   +EDI: COMCASTCBLCENT Nov 09 2019 04:33:00    Comcast,   PO Box 3001,
             Southeastern, PA 19398-3001

```
District/off: 0312-1          User: admin              Page 2 of 3          Date Rcvd: Nov 08, 2019
                             Form ID: 318              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516674353      +EDI: CCS.COM Nov 09 2019 04:28:00      Credit Control Services, Inc.,   725 Canton Street,
                Norwood, MA 02062-2679
518368908      +EDI: CRFRSTNA.COM Nov 09 2019 04:28:00      Credit First,   PO Box 81315,
                Cleveland, OH 44181-0315
516674355       E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2019 00:13:27      Credit One Bank,
                PO Box 98873,   Las Vega, NV 89193-8873
516674354      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 09 2019 00:13:26      Credit One Bank,
                PO Box 60500,   City of Industry, CA 91716-0500
518368909      +EDI: AMINFOFP.COM Nov 09 2019 04:28:00      First Premier Bank,   3820 N. Louise Ave,
                Sioux Falls, SD 57107-0145
516692681      +EDI: IRS.COM Nov 09 2019 04:33:00      Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
516918883       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 00:12:30
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516674378      +EDI: SWCR.COM Nov 09 2019 04:33:00      Southwest Credit Systems,   2629 Dickerson Pkway.,
                Carrollton, TX 75007-4458
516674381      +EDI: USBANKARS.COM Nov 09 2019 04:28:00      US Bank National Association,   425 Walnut Street,
                Cincinnati,  OH 45202-3989
516674382       EDI: VERIZONCOMB.COM Nov 09 2019 04:28:00      Verizon Wireless,   P.O.  Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 20
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516785848       Meadowlake HOA, t/a Fountain Lakes HOA, Inc.
516674343*     +Capital One Bank (USA), NA,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
516674344*     +Capital One Bank (USA), NA,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
516674361*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  International Revenue Service,   PO Box 21126,
                Philadelphia, PA 19114)
516674360*     +International Revenue,   PO Box 21126,   Philadelphia, PA 19114-0326
516674365*     +KLM Law Group PC Sentry Office Plaza,   216 Haddon Ave, Ste. 4 06,   Westmont, NJ 08108-2812
516674372*      Pressler and Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
516674373*      Pressler and Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
516674371*      Pressler and Pressler,   7 Entin Rd,   Parsippany,-NJ 07054-5020
518368912*     +The Bank of MissouriT,   PO Box 85710,   Sioux Falls, SD 57118-5710
516674338     ##+Arthur Nudelman, Esq.,   Nudelman, Klemm & Golub,   425 Eagle Rock Avenue, Suite 403,
                Roseland, NJ 07068-1717
516674379     ##+Transworld Systems, Inc.,   2235 Mercury Way, Ste. 275,   Santa Rosa, CA 95407-5463
                                                                          TOTALS: 1, * 9, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
              Brian C. Nicholas   on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders
              of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
              Series 2006-NC1 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Nov 08, 2019
                             Form ID: 318              Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Denise E. Carlon    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
           Series 2006-NC1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through
           Certificates, Series 2006-NC1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Trust 2006-NC1 Asset Backed Pass-Through Certificates,
           Series 2006-NC1 rsolarz@kmllawgroup.com
          Rhonda E. Greenblatt    on behalf of Debtor Roberto B. Marques, Sr. regrose64@yahoo.com,
           greenblattlawfirm@gmail.com;greenblattrr78814@notify.bestcase.com
          Thomas J Subranni    trustee@subranni.com,
           NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 8
```